IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADEBOWALE WALLY ADEOYE, | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:24-cv-2187-B |
| 7 ELEVEN INC, | | |
| Defendant. | | |

**ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made amended findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28th day of October, 2025.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE